THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE I. FRANKLIN, Appellant.— Judgment of conviction and order affirmed. All concurred.

CHARLES W. GAYLORD, as Trustee, etc., Respondent, v. LOREN E. BASSAGE and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers on appeal on or before May seventh.

KATE M. VENATOR, as Administratrix, etc., Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant is ready for argument by May twentieth.

ALBERT JOSEPH SCHWENK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant is ready for argument by May twentieth.

MERRITT D. WALCOTT, Respondent, v. MARY F. AUGAR, Appellant.— Motion granted and appeal dismissed, with costs.

CARRIE MALONEY, as Administratrix, etc., Respondent, v. FRANK SULLIVAN SMITH, as Receiver, etc., Appellant.— Motion to dismiss appeal granted, unless appellant is ready for argument by May twelfth.

NELLIE F. DRISCOLL, as Administratrix, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs upon stipulation filed.

EVERETT COAKLEY, Respondent, v. ERNEST L. COOLEY, Appellant.— Motion to dismiss appeal granted, unless appellant shall serve proposed case and exceptions by May thirtieth.

In the Matter of the Judicial Settlement of the Accounts of JOHN T. MOTT and Another, as Executors, etc., of WARDWELL G. ROBINSON, Deceased.— Motion to amend record on appeal and for order of substitution of attorneys granted.

FLOYD H. STAFFORD, Appellant, v. ALEX A. LINCK, Respondent.— Motion granted and appeal dismissed, with costs.

FERDINAND J. BOMMER, Appellant, v. CITIZENS INSURANCE COMPANY OF MISSOURI and Others, Respondents.— Order entered dismissing appeal, with costs, for failure of appellant to comply with order entered January 21, 1919.

THE TRUSTEES OF THE MASONIC HALL AND ASYLUM FUND, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM W. CARLISLE, Respondent, v. LEANDER D. LOVELL and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.